IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY NORSWORTHY, AIS #149693, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:08cv222-WHA |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #56), entered on December 15, 2010, the Recommendation is adopted, and it is hereby ORDERED as follows:

1. The Defendants' Motions for Summary Judgment are GRANTED.

2. Final Judgment will be entered in favor of the Defendants, and the case is DISMISSED with prejudice.

3. Costs are taxed against the Plaintiff.

DONE this 4th day January, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE